■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH J. PLUNKETT, Appellant.—

We have examined defendant's remaining arguments on appeal and find that none has merit. (Appeal from judgment of Oneida County Court, Murad, J.—manslaughter, second degree.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.